## Case No. 11,011.

### PERRY v. RHODES.

[2 Cranch, C. C. 37.] [1]

Circuit Court, District of Columbia. Dec. Term, 1811.

#### WAIVER OF NOTICE.

Assumpsit against the indorser of a promissory note. The defendant, knowing that the plaintiff had neglected to give him notice, and had received part of the money from the maker, promised to pay the balance if the maker did not.

THE COURT (FITZHUGH, Circuit Judge, absent), was of the opinion that the defendant had waived notice, and was liable.